# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDI GLOBAL SPECIALITY SE a/s/o <br> HOLISTIC REMEDIES, LLC <br> 300 Massachusetts Ave. N.E. <br> Washington, D.C. 20020 <br><br> Plaintiff <br> v. <br><br> HYDROFARM, LLC d/b/a <br> PARSOURCE LIGHTING SOLUTIONS, <br> et al. <br> 2249 S. McDowell Ext <br> Petaluma, CA 94954 <br><br> Defendants | * <br> * <br> * Case no.: <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

* * * * * * * * * *

## NOTICE OF REMOVAL

COMES NOW, Hydrofarm, LLC d/b/a Parsource Lighting Solutions, Defendant, by and through its counsel, Matthew T. Angotti and Lauren R. Driver, pursuant to 28 U.S.C 1441, *et seq*. hereby files the following Notice of Removal, and for good cause states as follows:

1. Plaintiff, HDI Global Specialty SE, has brought an action against Defendant, Hydrofarm, LLC d/b/a Parsource Lighting Solutions, claiming damages as a result of a fire loss on January 5, 2019. Plaintiff contends Defendant is liable to Plaintiff for damages under "doctrines of successor liability, respondent superior, vicarious liability or agency law" because a submersible pump supplied by Defendant allegedly started a fire, damaging a building and contents within the District of Columbia. A copy of all pleadings on file in the Superior Court for the District of Columbia are attached hereto as Exhibit 1.

2. The case is removable to this court based on diversity jurisdiction because Plaintiff is a German corporation with its principal office in Hanover, Germany. Hydrofarm, LLC d/b/a

Parsource Lighting Solutions is a California limited liability corporation with it principal office in Petaluma, California. The amount in controversy exceeds $75,000.00 as Plaintiff claims in excess of $1,000,000.00 in damages.

3. Defendant was first served a copy of the Summons and Complaint via email on January 28, 2021.

**WHEREFORE,** Defendant, Hydrofarm, LLC hereby prays the action against it be removed to this court.

          */s/ Matthew T. Angotti*
Matthew T. Angotti –(MD05949)
Anderson, Coe & King, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD  21202
T: 410-752-1630 / F:  410-752-0085
angotti@acklaw.com
*Attorney for Defendant, Hydrofarm LLC d/b/a Parsource Lighting Solutions*

          */s/ Lauren R. Driver*
Lauren R. Driver – 1020049
Anderson, Coe & King, LLP
Seven St. Paul Street, Suite 1600
Baltimore, MD 21202
T: 410-752-1630 / F: 410-752-0085
driver@acklaw.com
*Attorney for Defendant, Hydrofarm LLC d/b/a Parsource Lighting Solutions*

## **CERTIFICATE OF SERVICE**

I hereby certify this 10th day of February 2021 that Notice of Removal was electronically filed and served upon:

David M. Kopstein, Esquire
9831 Greenbelt Road, #205
Seabrook, Maryland 20706
dkopstein@cox.net
*Attorney for Plaintiff*

                */s/ Lauren R. Driver*
        Lauren R. Driver – DC Bar #1020049